RECEIVED
2007 APR 30 A 9:32
DEBRA P. [HACKETT]
U.S. DISTRICT COURT
MIDDLE [DISTRICT]

Case Number _____

ID   YR   NUMBER
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

_In the District Court of the United States (Middle District of Alabama Northern Division)_
[Insert appropriate court]

Paul Abrams
(Petitioner)

vs.

Richard Allen, etc.
(Respondent(s))

2:07CV363-WKW

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _Paul Abrams_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ✓   No ____

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   
   _(DOC) Department of Correction, I receive no pay for the job assignment by the state._

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   
   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ____   No ✓

   b. Rent payments, interest, or dividends?
      Yes ____   No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes ____   No ✓

   d. Gifts or inheritances?
      Yes ____   No ✓

   e. Any other sources?
      Yes ✓   No ____

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_I receive money From a family member, enough to purchase hygiene for myself_

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No __✓__

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __4-18-07__
(Date)

_Paul Abrams_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.85__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _FOUNTAIN CORRECTIONAL CTR_ institution:

__4-20-07__
DATE

_Valeria Spates_
AUTHORIZED OFFICER OF INSTITUTION

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 153257     NAME: ABRAMS, PAUL SYLVESTER JR     AS OF: 04/20/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 10 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $23.49 | $103.54 |
| MAR | 31 | $7.34 | $0.00 |
| APR | 20 | $0.85 | $0.00 |
| Average 12 months balance | | $2.64 | $8.62 |

_____
Valeria Spates, PMOD/Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 20TH DAY OF APRIL 2007.

_____, Notary Public