IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL SYLVESTER ABRAMS, JR., <br> AIS # 153257, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:07-CV-363-WKW <br> (WO) |
| RICHARD ALLEN, | ) <br> ) | |
| Defendant. | ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 3) in this case. The plaintiff did not file an objection. After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED.

2. The plaintiff's action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate judgment will be entered.

DONE this 8th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE